UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-24001-Civ-COOKE/GOODMAN**

DAVID BAESEL, individually and on behalf
of all others similarly situated,

      Plaintiff,

vs.

INTERMEX WIRE TRANSFER, LLC, a
Florida limited liability company,

      Defendant.
_____/

**ORDER OF DISMISSAL**

      THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Stipulation of Dismissal with Prejudice, ECF No. 33.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 10TH day of April 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*